# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

TUPELO HONEY HOSPITALITY CORPORATION

| | |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. **1:16-cv-70** |
| ) | |
| FALCON PC MAIN STREET, LLC d/b/a TUPELO RESTAURANT AND BAR, MATTHEW HARRIS, and MAGGIE ALVAREZ ) ) ) ) ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Falcon PC Main Street, LLC d/b/a Tupelo Restaurant and Bar
c/o CT Corporation Systems, Registered Agent
1108 E. South Union Avenue
Midvale, UT 84047

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Harlow
Judson A. Welborn
J. Whitfield Gibson
Manning Fulton & Skinner, PA
3605 Glenwood Avenue, Suite 500
Raleigh, NC 27612

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court

Date **3/15/2016**

**Civil Action No.** 1:16-cv-70

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏   **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏   **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏   **I returned the summons unexecuted because** _____; or

❏   **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____**.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                                              **Server's signature**

                                                                     _____
                                                                              **Printed name and title**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

TUPELO HONEY HOSPITALITY CORPORATION

|  |  |
|---|---|
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:16-cv-70 |
| ) | |
| FALCON PC MAIN STREET, LLC d/b/a TUPELO RESTAURANT AND BAR, MATTHEW HARRIS, and MAGGIE ALVAREZ ) ) ) ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Matthew Harris
    508 Main Street
    Park City, UT 84060

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**
    David A. Harlow
    Judson A. Welborn
    J. Whitfield Gibson
    Manning Fulton & Skinner, PA
    3605 Glenwood Avenue, Suite 500
    Raleigh, NC 27612

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*Frank G. Johns* (signature)
Date: 3/15/2016

Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 1:16-cv-70

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                                        **Server's signature**

                                                _____
                                                                        **Printed name and title**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

TUPELO HONEY HOSPITALITY CORPORATION

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. **1:16-cv-70** |
| | ) | |
| FALCON PC MAIN STREET, LLC d/b/a TUPELO RESTAURANT AND BAR, MATTHEW HARRIS, and MAGGIE ALVAREZ | ) ) ) ) ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Maggie Alvarez
508 Main Street
Park City, UT 84060

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Harlow
Judson A. Welborn
J. Whitfield Gibson
Manning Fulton & Skinner, PA
3605 Glenwood Avenue, Suite 500
Raleigh, NC 27612

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

Date __**3/15/2016**__

**Civil Action No.** 1:16-cv-70

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
    *(place)*_____
    **on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, **a person of suitable age and discretion who**
    **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
    **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)*:
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____            _____
                                                                    **Server's signature**

                                                          _____
                                                          **Printed name and title**