# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00070-MR

| | |
|---|---|
| **TUPELO HONEY HOSPITALITY CORPORATION,** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **O R D E R** ) |
| **FALCON PC MAIN STREET, LLC,** et al., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the Defendants' motion for the admission of attorney Lynn E. Rzonca as counsel *pro hac vice*. [Doc. 9]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 9] is **ALLOWED**, and Lynn E. Rzonca is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: May 31, 2016

Martin Reidinger
United States District Judge