IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00070-MR

| | |
|---|---|
| TUPELO HONEY HOSPITALITY CORPORATION, ) ) ) ) Plaintiff, ) ) vs. ) ) ) FALCON PC MAIN STREET, LLC, ) et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' motion for the admission of attorney Daniel B. Englander as counsel *pro hac vice*. [Doc. 10]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 10] is **ALLOWED**, and Daniel B. Englander is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: May 31, 2016

Martin Reidinger
United States District Judge